AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lannie Muhammad )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security Administration )<br>*Defendant* ) | Civil Action No.   2:10-CV-739-MBS-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Hendricks is adopted. It is Ordered and Adjudged that the decision of the Commissioner is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:   April 5, 2011                                    *CLERK OF COURT*  Larry W. Propes

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*